UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MARTEZ ESTER MAGEE,

    Defendant.
_____/

CASE NO. 2:05-CR-07

HON. ROBERT HOLMES BELL

## ORDER CONDITIONALLY ADOPTING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate in this action. The Report and Recommendation will be conditionally adopted by this Court pending the time period for filing objections to the report.

**ACCORDINGLY, IT IS HEREBY ORDERED** that the defendant's terms and conditions of supervised release are amended to include:

> **Defendant shall reside at the Community Alternative Program, 801 College St., SE, Grand Rapids, MI 49507, for a period of 90 days. As such, defendant shall report as directed to the Community Alternatives Program, which shall (a) supervise the defendant in accordance with all the conditions of release, (b) use every effort to assure the appearance of the defendant at all scheduled court proceedings, and (c) notify the court immediately in the event the defendant violates any conditions of release or disappears.**

Date:   August 14, 2009

/s/ Robert Holmes Bell
ROBERT HOLMES BELL
UNITED STATES DISTRICT JUDGE