UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

                                    CASE NO. 2:05-CR-07

                                    HON. ROBERT HOLMES BELL

MARTEZ ESTER MAGEE,

    Defendant.
    _____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

On August 14, 2009, the Court conditionally adopted the Report and Recommendation issued by Magistrate Judge Ellen S. Carmody (docket # 133). No objections having been filed to the Report and Recommendation, same is hereby adopted.


Date:   September 2, 2009                    /s/ Robert Holmes Bell
                                                        ROBERT HOLMES BELL
                                                        UNITED STATES DISTRICT JUDGE